IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC. )
)
    Plaintiff, )
)
    v. )    C.A. No. 06-00644-JJF
)
LOUISE BIANCO SKIN CARE, INC. )
MEDICAL SKIN THERAPY RESEARCH, INC. )
REVISIONS SKIN CARE, INC. )
Z COSMETICA USA, LLC. )
)
    Defendants )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that defendant Z Cosmetica USA, LLC 's time to answer, move or otherwise respond to

Plaintiff's Complaint is hereby extended through and including April 5, 2007.


CONNOLLY BOVE LODGE & HUTZ LLP    Z COSMETICA USA, LLC

_Arthur G. Connolly, III (#2667)_      _Philip Zellner_
Arthur G. Connolly, III (#2667)      Philip Zellner
The Nemours Building      1650 New Highway
1007 North Orange Street      Farmingdale, NY 11735
P.O. Box 2207      (631) 756-1713
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.


SO ORDERED this _____ day of _____, 2007


_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2007, the foregoing document was served via

First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>1260 Avenida Chelsea<br>Vista, CA 92081 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524934_1