**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00644-JJF |
| | ) | |
| LOUISE BIANCO SKIN CARE, INC. | ) | |
| MEDICAL SKIN THERAPY RESEARCH, INC. | ) | |
| REVISION SKINCARE, INC. | ) | |
| Z COSMETICA USA, LLC. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time in which defendant Revision Skincare, Inc. may answer, move or otherwise

respond to Plaintiff's Complaint is hereby extended through and including April 27, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP          TEPLEN & ASSOCIATES, PLLC

_____          _____
Arthur G. Connolly, III (#2667)            Philip H. Teplen
The Nemours Building                       Empire State Building
1007 North Orange Street                   350 Fifth Avenue, 57th Floor
P.O. Box 2207                              New York, NY 10118
Wilmington, DE 19899                       (212) 401-4040
(302) 658-9141

Attorneys for Plaintiff                    Attorneys for Defendant
Tristrata Technology, Inc.                 Revision Skincare, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2007, the foregoing document was served via

First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>1260 Avenida Chelsea<br>Vista, CA 92081 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fith Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524934_1