IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-644 (JJF) |
| LOUISE BIANCO SKIN CARE INC., MEDICAL | ) | Jury Demanded |
| SKIN THERAPY RESEARCH, INC., REVISION | ) | |
| SKIN CARE, INC. and Z COSMETICA USA, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1.     I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.     On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Louise Bianco Skin Care, Inc., and a letter addressed to Louise Bianco, President, Louise Bianco Skin Care, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Louise Bianco Skin Care, Inc., pursuant to 10 Del. C. § 3104.  The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.     On or about March 8, 2007, the package referenced in paragraph 2, was received by Louise Bianco Skin Care, Inc.  The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

2

Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

NOTARY PUBLIC

530395_1

2

# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| RB. 972 232 255 US. | | |

| | Reg. Fee 7.90 | | |
|---|---|---|---|
| To Be Completed By Post Office | Handling Charge | Return Receipt 1.85 | |
| | Postage 6.05 | Restricted Delivery | |
| | Received by | | |

Customer Must Declare Full Value $ ☐ With Postal Insurance ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
QGC3 (5077*14)
Connolly, Bove, Lodge + Hutz
P.O. Box 2207
Wilm DE. 19801

**TO:**
Louise Bianco
Louise Bianco Skin Care, Inc
13655 Chandler Blvd.
Sherman Oaks CA 91401

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br><br>C. Signature<br>X _Louise Bianco_  ☐ Agent / ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Louise Bianco, Pres.<br>Louise Bianco Skin Care Inc<br>13655 Chandler Blvd.<br>Sherman Oaks, Ca.<br>                     91401 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Copy from service label)

RB 972 232 255 US

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789