IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>LOUISE BIANCO SKIN CARE INC., MEDICAL )<br>SKIN THERAPY RESEARCH, INC., REVISION )<br>SKIN CARE, INC. and Z COSMETICA USA, )<br>INC. )<br>)<br>Defendants. ) | Civil Action No. 06-644 (JJF)<br>Jury Demanded |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Medical Skin Therapy Research, Inc., and a letter addressed to Brenda Purdy, President, Medical Skin Therapy Research, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Medical Skin Therapy Research, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On March 8, 2007, the package referenced in paragraph 2, was received by Medical Skin Therapy Research, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

  _____
  Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

  _____
  NOTARY PUBLIC

530404_1

2

# EXHIBIT A

| Registered No. RB972 232 2104 US | Date Stamp |
|---|---|
| Reg. Fee 7.90 | |
| Handling Charge | Return Receipt 1.85 |
| Postage 6.05 | Restricted Delivery |
| Received by *(signature)* | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☒ Without Postal Insurance |

OFFICIAL USE

FROM:
Acc. 3 (5077#14)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO:
Brenda Purdy, Pres
Medical Skin Therapy Research, Inc
1260 Avenida Chelsea
Vist, CA 92081

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received (early)   B. Date of Delivery 3/8/07<br>Signature: MARINE TIOPCA   ☒ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Brenda Purdy, Pres.<br>Medical Skin Therapy<br>1200 Avenida Chelsea<br>Vista, CA 92081 | item 1? ☒ Yes  below: ☐ No<br>New Address:<br>P.O. Box 231268<br>_____, CA 92023 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>RB912 232 244 US | |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-99-M-1789 |