IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>LOUISE BIANCO SKIN CARE INC., )<br>MEDICAL SKIN THERAPY RESEARCH, )<br>INC., REVISION SKIN CARE, INC. and Z )<br>COSMETICA USA, INC. )<br>)<br>Defendants. ) | Civil Action No. 06-644 (JJF)<br>Jury Demanded |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>1260 Avenida Chelsea<br>Vista, CA 92081 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fith Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#530211_1