IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
TRISTRATA TECHNOLOGY INC.,        :
                                  :
          Plaintiffs,             :
                                  :
     v.                           :   Civil Action No. 06-644 JJF
                                  :
LOUIS BIANCO SKIN CARE INC.,      :
MEDICAL SKIN THERAPY              :
RESEARCH INC., REVISIONS          :
SKIN CARE INC., Z COSMETICA       :
USA LLC.,                         :
                                  :
          Defendants.             :
```

## O R D E R

WHEREAS, this matter has been pending with no activity for over ten (10) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

IT IS HEREBY ORDERED that the Plaintiff show cause in writing within 20 days of the date of this Order why this matter should not be dismissed.

_April 24, 2008_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE