**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-644(JJF) |
| | ) | |
| LOUISE BIANCO SKIN CARE, INC., | ) | |
| MEDICAL SKIN THERAPY RESEARCH, | ) | |
| INC., REVISION SKIN CARE, INC. and Z | ) | |
| COSMETICA USA, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Tristrata Technology, Inc. ("TTI"), by and through its counsel, respectfully

moves this Court for a default judgment against Defendant Medical Skin Therapy Research, Inc.

("MSTRI"), pursuant to Federal Rule of Civil Procedure 55.

**MOTION FOR DEFAULT JUDGMENT**

1.      On October 17, 2006, Plaintiff filed its Complaint against Defendant MSTRI.

2.      On February 21, 2007, TTI served MSTRI pursuant to 10 Del. C. § 3104 – by

serving, the Secretary of State pursuant to 10 Del. C. § 3104, filed the executed return of service

with the Court, and caused a copy of the Complaint, the summons for MSTRI, and a letter

addressed to MSTRI, to be forwarded to MSTRI via registered mail return receipt requested.  A

copy of the letter and registered mail receipt are attached hereto as Exhibit A.  A copy of the

confirmation and tracking form received from the United States Postal Service is attached hereto

as Exhibit B.

3.      On April 2, 2007, Arthur G. Connolly, III on behalf of TTI, filed an Affidavit of Mailing pursuant to 10 Del. C. § 3104 and D. Del. LR 4.1(b), in which the details of service are described.  A copy of the Affidavit is attached hereto as <u>Exhibit C</u>.

4.      MSTRI was required under Fed. R. Civ. P. 12(a)(1)(A) to file an answer to the Complaint within twenty (20) days of service or by no later than April 23, 2007.

5.      To date, MSTRI has not answered or otherwise responded to the Complaint nor has an appearance been entered on MSTRI's behalf.

WHEREFORE, Plaintiff respectfully requests that the Court:

A.      Enter a default judgment against MSTRI pursuant to Fed. R. Civ. P. 55 on all counts of the Complaint;

B.      Grant Plaintiff a period of time for discovery to determine the amount of damages;

C.      Grant Plaintiff attorney's fees and costs;

D.      Schedule a hearing to determine the amount of damages, including attorney's fees and costs; and

E.      Award to Plaintiffs such other and additional relief as this Court deems just and proper.

## <u>INCORPORATED MEMORANDUM OF LAW</u>

As noted in the Exhibits attached hereto, MSTRI was served with the summons and Complaint on February 21, 2007. To date, MSTRI has not answered the Complaint nor entered an appearance in this action. Because MSTRI's answer was due on or before April 23, 2007, it is clear that MSTRI is in default and judgment should be entered against it.

Plaintiff thus respectfully requests that this Court enter a default judgment against MSTRI in the manner set forth above.

Dated: May 2, 2008                    Respectfully submitted,

  /s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Kevin M. McGovern
Brian T. Foley
McGOVERN & ASSOCIATES
545 Madison Avenue, 15th Floor
New York, New York 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>P.O. Box 231268<br>Encinitas, CA 92023 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fifth Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

  /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#608891_1

# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner

| | |
|---|---|
| DIRECT DIAL: | (302) 888 6318 |
| DIRECT FAX: | (302) 658 0380 |
| EMAIL: | AConnollyIII@cblh.com |
| REPLY TO: | Wilmington Office |

February 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Brenda Purdy, President
Medical Skin Therapy Research Inc.
1260 Avenida Chelsea
Vista, CA 92081

Re:  *Tristrata Technology, Inc. v. Louise Bianco Skin Care, Inc., et al.*, C.A. No. 06-644

Dear Madam:

Please find enclosed copies of the Summons and Return of Service and the Complaint and Jury Demand for the above-referenced case.  The Summons and Complaint were served upon the Delaware Secretary of State on February 13, 2007.  Pursuant to 10 <u>Del. C.</u> § 3104, such service is as effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Sincerely,

C. 2. Connolly III

Arthur G. Connolly, III

Enclosures

#522962_1

# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| RB972 232 2104 US | | |

| To Be Completed By Post Office | Reg. Fee 1.90 | | |
|---|---|---|---|
| | Handling Charge | Return Receipt 1.85 | |
| | Postage 6.05 | Restricted Delivery | |
| | Received by *Rem* | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☑ Without Postal Insurance | |

OFFICIAL USE

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | Att, 3 (5077#141) |
|---|---|---|
| | | Connolly Bove Lodge & Hutz |
| | | P.O. Box 2207 |
| | | Wilm, DE 19801 |
| | TO | Brenda Purdy, Pres |
| | | Medical Skin Therapy Research, inc |
| | | 12600 Avenida Chelsea |
| | | Vist, CA 92081 |

PS Form **3806,**    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received (*Please Print Clearly*)    B. Date of Delivery 3/8/07<br>Signature ___ *Marine Tio p Cea*    ☑ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☑ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Brenda Purdy, Pres.<br>Medical Skin Therapy<br>1200 Avenida Chelsea<br>Vista, CA 92081 | New Address:<br>PO Box 231268<br>Encinitas, CA 92023<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

2. Article Number (*Copy from service label*)
   RB912 232 244 US

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC. )
            )
   Plaintiff,     )
            )
  v.         )  Civil Action No. 06-644 (JJF)
LOUISE BIANCO SKIN CARE INC., MEDICAL ) Jury Demanded
SKIN THERAPY RESEARCH, INC., REVISION )
SKIN CARE, INC. and Z COSMETICA USA, )
INC.          )
            )
   Defendants.    )

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Medical Skin Therapy Research, Inc., and a letter addressed to Brenda Purdy, President, Medical Skin Therapy Research, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Medical Skin Therapy Research, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On March 8, 2007, the package referenced in paragraph 2, was received by Medical Skin Therapy Research, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

_____
NOTARY PUBLIC

530404_1

2

# EXHIBIT A

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RB972 2327104 US | | | |
| Reg. Fee 1.90 | | | |
| Handling Charge | Return Receipt | 1.85 | |
| Postage 6.05 | Restricted Delivery | | |
| Received by ReM | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☑ Without Postal Insurance | | |

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Att. 3 (5077#14)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO
Brenda Purdy, Pres
Medical Skin Therapy Research, Inc
12600 Avenida Chelsea
Vista, CA 92081

PS Form **3806**, **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received (*Please Print Clearly*)    B. Date of Delivery 3/8/07<br><br>*MARIA TIOCES*    ☑ Agent  ☐ Addressee<br><br>n item 1?  ☑ Yes<br>elow:  ☐ No |
| 1. Article Addressed to:<br><br>Brenda Purdy, Pres.<br>Medical Skin Therapy<br>1200 Avenida Chelsea<br>Vista, CA 92081 | New Address:<br>P.O. Box 231268<br>Encinitas, CA 92023<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br><br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number (*Copy from service label*)<br>RB912 232 244 US | |

PS Form **3811**, July 1999        Domestic Return Receipt        102595-99-M-1789