**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>REVISION SKIN CARE, INC., )<br>MEDICAL SKIN THERAPY RESEARCH, )<br>INC., REVISION SKIN CARE, INC. and Z )<br>COSMETICA USA, Inc. )<br>)<br>   Defendants. ) | Civil Action No. 06-644(JJF) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Tristrata Technology, Inc. ("TTI"), by and through its counsel, respectfully moves this Court for a default judgment against Defendant Revision Skin Care, Inc. ("RSCI"), pursuant to Federal Rule of Civil Procedure 55.

**MOTION FOR DEFAULT JUDGMENT**

1. On October 17, 2006, Plaintiff filed its Complaint against Defendant Revision Skin Care, Inc.

2. On February 13, 2007, TTI served RSCI pursuant to 10 Del. C. § 3104 – by serving, the Secretary of State pursuant to 10 Del. C. § 3104 and caused a copy of the Complaint, the summons for Revision, and a letter addressed to RSCI, to be forwarded to RSCI via registered mail return receipt requested. A copy of the letter and registered mail receipt are attached hereto as Exhibit A. Neither the return receipt card nor the package was returned. However, a confirmation of delivery, was obtained using the United States Postal Service website , www.usps.gov is attached hereto as Exhibit B.

3. RSCI was required under Fed. R. Civ. P. 12(a)(1)(A) to file an answer to the Complaint within twenty (20) days of service or by no later than March 5, 2007.

4. On March 29, 2007, parties submitted to the court a stipulation and proposed order to extend time for RSCI's time to answer the complaint until April 27, 2007 (D.I. 10). A copy of the stipulation is attached hereto as <u>Exhibit C</u>. The court granted the proposed order on March 30, 2007.

5. To date, RSCI has not answered or otherwise responded to the Complaint nor has an appearance been entered on RSCI's behalf.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter a default judgment against RSCI pursuant to Fed. R. Civ. P. 55 on all counts of the Complaint;

B. Grant Plaintiff a period of time for discovery to determine the amount of damages;

C. Grant Plaintiff attorney's fees and costs;

D. Schedule a hearing to determine the amount of damages, including attorney's fees and costs; and

E. Award to Plaintiffs such other and additional relief as this Court deems just and proper.

**INCORPORATED MEMORANDUM OF LAW**

As noted in the Exhibits attached hereto, RSCI was served with the summons and Complaint on February 26, 2007. To date, RSCI has not answered the Complaint nor entered an appearance in this action. Because RSCI's answer was due on or before April 27, 2007, it is clear that RSCI is in default and judgment should be entered against it.

Plaintiff thus respectfully requests that this Court enter a default judgment against RSCI in the manner set forth above.

Dated: May 8, 2008                                Respectfully submitted,

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Kevin M. McGovern
Brian T. Foley
McGOVERN & ASSOCIATES
545 Madison Avenue, 15th Floor
New York, New York 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>P.O. Box 231268<br>Encinitas, CA 92023 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fifth Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

    /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#608891_1

# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner

DIRECT DIAL: (302) 888 6318
DIRECT FAX: (302) 658 0380
EMAIL: AConnollyIII@cblh.com
REPLY TO: Wilmington Office

February 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
John Muller, President
Revision Skincare Inc.
9019 Premier Row
Dallas, TX 75247

Re:  *Tristrata Technology, Inc. v. Louise Bianco Skin Care, Inc., et al.*, C.A. No. 06-644

Dear Sir:

Please find enclosed copies of the Summons and Return of Service and the Complaint and Jury Demand for the above-referenced case. The Summons and Complaint were served upon the Delaware Secretary of State on February 13, 2007. Pursuant to 10 Del. C. § 3104, such service is as effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Sincerely,

C. D. Connolly III

Arthur G. Connolly, III

Enclosures

#522963_1



# EXHIBIT B



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **RB97 2232 278U S**
Status: **Delivered**

Your item was delivered at 4:44 pm on February 26, 2007 in DALLAS, TX 75247. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )   ( Return to USPS.com Home > )



Enter Label/Receipt Number.

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00644-JJF |
| ) | |
| LOUISE BIANCO SKIN CARE, INC. ) | |
| MEDICAL SKIN THERAPY RESEARCH, INC. ) | |
| REVISION SKINCARE, INC. ) | |
| Z COSMETICA USA, LLC. ) | |
| ) | |
| Defendants ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant Revision Skincare, Inc. may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 27, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP         TEPLEN & ASSOCIATES, PLLC

_____         _____
Arthur G. Connolly, III (#2667)                    Phillip H. Teplen
The Nemours Building                                Empire State Building
1007 North Orange Street                           350 Fifth Avenue, 57th Floor
P.O. Box 2207                                               New York, NY 10118
Wilmington, DE 19899                                (212) 401-4040
(302) 658-9141

Attorneys for Plaintiff                                    Attorneys for Defendant
Tristrata Technology, Inc.                            Revision Skincare, Inc.


SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>1260 Avenida Chelsea<br>Vista, CA 92081 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fith Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524934_1