UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOUISE BIANCO SKIN CARE, INC., )<br>MEDICAL SKIN THERAPY RESEARCH, )<br>INC., REVISION SKIN CARE, INC. and Z )<br>COSMETICA USA, Inc. )<br>)<br>Defendants. ) | Civil Action No. 06-644(JJF) |

### PLAINTIFF'S RESPONSE TO RULE TO SHOW CAUSE

This is the response of Plaintiff Tristrata Technology, Inc. ("TTI") to this Court's Order (DI 15) regarding the inactivity in this matter.

Prior to the entry of the Order, none of the defendants in this action had filed an answer or otherwise responded to the Complaint (DI 1). Since the Order was entered, TTI has taken the following action with respect to each defendant:

1.    On May 2, 2008, Motions for Default Judgment were filed against Louise Bianco Skin Care, Inc. (DI 16), Medical Skin Therapy Research, Inc, (DI 17) and Z Cosmetica USA LLC (DI 18).

2.    On May 8, 2008, a Motion for Default Judgment was filed against Revision Skin Care, Inc. (DI 19).

TTI will work vigorously to promptly resolve each of the outstanding motions for default judgment by responding to any objections filed by a particular defendant or notifying the Court that default judgment should be entered in the case of a defendant which does not respond to one of the pending motions.

WHEREFORE, Plaintiff respectfully requests that the Court does not dismiss this matter pending resolution of the motions for default judgment.

Dated: May 15, 2008

Respectfully submitted,

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Kevin M. McGovern
Brian T. Foley
McGOVERN & ASSOCIATES
545 Madison Avenue, 15th Floor
New York, New York 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>P.O. Box 231268<br>Encinitas, CA 92023 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fifth Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

        /s/Arthur G. Connolly, III
        Arthur G. Connolly, III (#2667)

#611530_1