IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br><br>Plaintiff, )<br><br>v. )<br>LOUISE BIANCO SKIN CARE INC., )<br>MEDICAL SKIN THERAPY RESEARCH, )<br>INC., REVISION SKIN CARE, INC. and Z )<br>COSMETICA USA, INC. )<br><br>Defendants. ) | Civil Action No. 06-644 (JJF)<br>Jury Demanded |

### NOTICE OF DISMISSAL OF LOUISE BIANCO SKIN CARE, INC.

Plaintiff TriStrata Technology, Inc. ("TTI"), through undersigned counsel, hereby withdraws it's Motion for Default Judgment as to Defendant Louise Bianco Skin Care, Inc. (D.I. 16); and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses with prejudice this action against Defendant Louise Bianco Skin Care, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: June 6, 2008

#615777v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louise Bianco, President<br>Louise Bianco Skin Care, Inc.<br>13655 Chandler Boulevard<br>Sherman Oaks, CA 91401 | |
| Brenda Purdy, President<br>Medical Skin Therapy Research Inc.<br>1260 Avenida Chelsea<br>Vista, CA 92081 | |
| John Muller, President<br>Revision Skincare Inc.<br>9019 Premier Row<br>Dallas, TX 75247 | TEPLEN & ASSOCIATES, PLLC<br>Philip H. Teplen, Esq.<br>Empire State Building<br>350 Fifth Avenue, 57th Floor<br>New York, NY 10118 |
| Philip Zellner<br>Z Cosmetica USA, LLC<br>1650 New Highway<br>Farmingdale, NY 11735 | |

                          /s/Arthur G. Connolly, III
                          Arthur G. Connolly, III (#2667)

#536090_1