IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-644 (JJF) |
| LOUISE BIANCO SKIN CARE INC., ) | Jury Demanded |
| MEDICAL SKIN THERAPY RESEARCH, ) | |
| INC., REVISION SKIN CARE, INC. and Z ) | |
| COSMETICA USA, INC. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DISMISSAL OF LOUISE BIANCO SKIN CARE, INC.

Plaintiff TriStrata Technology, Inc. ("TTI"), through undersigned counsel, hereby withdraws it's Motion for Default Judgment as to Defendant Louise Bianco Skin Care, Inc. (D.I. 16); and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses with prejudice this action against Defendant Louise Bianco Skin Care, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: June 6, 2008

#615777v1

SO ORDERED this 10 day of June, 2008

_____
U.S. District Judge