IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY INC, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-644 JJF |
| | : | |
| MEDICAL SKIN THERAPY RESEARCH INC., et al. et al., | : : : | |
| | : | |
|     Defendants. | : | |

## CLERK'S ENTRY OF DEFAULT

    And now to wit this **11th** day of **August, 2008**, the Plaintiff, Tristrata Technology Inc., has filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55.

    It appearing from the record (ex. A, D.I. 18), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1)[B]. Defendant, Z Cosmetica USA, LLC. has not answered or otherwise moved with respect to the Complaint.

    Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff, Tristrata Technology Inc. and against Defendant, Z Cosmetica USA, LLC.

                                                Peter T. Dalleo, Clerk

                                                By _____
                                                    Deputy Clerk