IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY INC, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-644 JJF |
| | : | |
| MEDICAL SKIN THERAPY RESEARCH INC., et al. et al., | : : : | |
| | : | |
|     Defendants. | : | |

## CLERK'S ENTRY OF DEFAULT

    And now to wit this **11th** day of **August, 2008**, the Plaintiff, Tristrata Technology Inc., has filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55.

    It appearing from the record (ex. A, B, C to D.I. 17), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1)[B]. Defendant, Medical Skin Therapy Research Inc. has not answered or otherwise moved with respect to the Complaint.

    Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff, Tristrata Technology Inc. and against Defendant, Medical Skin Therapy Research Inc.

                                                  Peter T. Dalleo, Clerk

                                  By _Deborah K Krett_
                                                  Deputy Clerk