IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY INC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-644 JJF |
| MEDICAL SKIN THERAPY RESEARCH INC., et al., | : |
| Defendants. | : |

## ORDER

WHEREAS, Defendants Medical Skin Therapy Research Inc., Z Cosmetica USA, LLC., and Revisions Skin Care Inc. having failed to plead or otherwise defend in this action and the Clerk's Entry of Default having been entered on August 11, 2008;

WHEREAS, an application for Default Judgment has been made by Plaintiff which includes a request for discovery on the issue of damages;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's request for discovery on damages issue is **GRANTED**.

2) The Court will conduct a damages hearing on **November 6, 2008 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

  August 12, 2008  
  DATE

_/s/ Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE