## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>LOUISE BIANCO SKIN CARE INC., )<br>MEDICAL SKIN THERAPY RESEARCH, )<br>INC., REVISION SKIN CARE, INC. and Z )<br>COSMETICA USA, INC. )<br>)<br>Defendants. ) | Civil Action No. 06-644 (JJF)<br>Jury Demanded |

### MOTION TO VACATE DEFAULT JUDGMENT AND
### REQUEST FOR DISMISSAL OF REVISION SKIN CARE, INC.

Plaintiff TriStrata Technology, Inc., through its undersigned counsel: (i) respectfully moves to vacate the Clerk's Entry of Default Judgment as to Defendant Revision Skin Care, Inc. (D.I. 24); and (ii) requests this action be dismissed with prejudice against Defendant Revision Skin Care, Inc. pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
*Attorneys for Plaintiff*
*Tristrata Technology, Inc.*

Dated: July 24, 2009

#703016v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2009, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

Louise Bianco, President
Louise Bianco Skin Care, Inc.
13655 Chandler Boulevard
Sherman Oaks, CA 91401

Brenda Purdy, President
Medical Skin Therapy Research Inc.
1260 Avenida Chelsea
Vista, CA 92081

John Muller, President
Revision Skincare Inc.
9019 Premier Row
Dallas, TX 75247

TEPLEN & ASSOCIATES, PLLC
Philip H. Teplen, Esq.
Empire State Building
350 Fifth Avenue, 57th Floor
New York, NY 10118

Philip Zellner
Z Cosmetica USA, LLC
1650 New Highway
Farmingdale, NY 11735

/s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)

703059v1